IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TYLER MORRISON,
*on behalf of himself and all
others similarly situated,*

        *Plaintiffs*,

v.

AT&T MOBILITY LLC,

        *Defendant.*

CASE NO. 1:19-cv-01257-JKB

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Tyler Morrison files this Notice of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) in the above captioned matter. As of the date of this Notice, Defendant AT&T Mobility LLC has not served an answer or a motion for summary judgment. The dismissal of this matter shall be entered with prejudice.

Respectfully submitted,

Z LAW, LLC

Dated: April 10, 2020

        /s/ 28191
Cory L. Zajdel (Fed. Bar #28191)
Jeffrey C. Toppe (Fed. Bar #20804)
David M. Trojanowski (Fed. Bar #19808)
2345 York Road, Ste. B-13
Timonium, MD 21093
(443) 213-1977
clz@zlawmaryland.com
jct@zlawmaryland.com
dmt@zlawmaryland.com

**Attorneys for Plaintiff**