IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **TYLER MORRISON** | * | |
| Plaintiff | * | |
|  | * | CIVIL NO.  JKB-19-1257 |
| v. | * | |
| **AT&T MOBILITY, LC** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In light of the Notice of Dismissal With Prejudice filed on April 10, 2020, (ECF No. 15), with the dismissal with prejudice accomplished by operation of law pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, the Court DIRECTS the Clerk to CLOSE the case.

SO ORDERED.

DATED this 10th day of April, 2020.

BY THE COURT:

_____/s/_____
James K. Bredar
Chief Judge